UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT DURAN, an individual, | Case No. **CV14-00511-BRO (FFMx)** |
|---|---|
| Plaintiff, | ***[Assigned to the Honorable Beverly Reid 0'Connell, Courtroom 14]*** |
| v. | |
| STOCK BUILDING SUPPLY WEST, INC., a Delaware corporation; and DOES 1 to 50; inclusive, | **JUDGMENT** |
| Defendants. | |
| | Complaint Filed: December 11, 2013 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

1 Defendant Stock Building Supply West, LLC, erroneously sued as Stock Building Supply West, Inc.'s (collectively "Defendant") Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment ("Motion") came on regularly for hearing before this Court on March 2, 2014, the Honorable Beverly Reid O'Connell, District Judge, presiding. On March 9, 2015, the Court granted Defendant's Motion in its entirety. (Docket No. 34)

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff Robert Duran ("Plaintiff") on all claims for relief and all causes of action asserted in this action. **PLAINTIFF SHALL TAKE NOTHING AGAINST DEFENDANT BY WAY OF HIS COMPLAINT AND ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT AND THIS ENTIRE ACTION SHALL BE AND HEREBY ARE DISMISSED WITH PREJUDICE.** Defendant may recover its costs against Plaintiff.

IT IS SO ORDERED.

Dated: March 17, 2015

_____
HON. BEVERLY REID O'CONNELL
U.S. DISTRICT COURT JUDGE

Firmwide:132257081.2 064930.1006

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300